CECIL OSBORNE, BY HIS NEXT FRIEND, D. E. OSBORNE v. C. V. BUNDY.

(Filed 15 April, 1925.)

APPEAL by plaintiff from *McElroy, J.*, at January Term, 1925, of GUILFORD.

*Wilson & Frazier for plaintiff.*
*Peacock, Dalton & Lyon and King, Sapp & King for defendant.*

PER CURIAM. The defendant is engaged in the mercantile business at Oakdale Cotton Mills and operates a Ford car for the delivery of packages, and is sued for personal injury alleged to have been caused by the negligence of his driver. An inspection of the record reveals no sufficient evidence of actionable negligence, and for this reason the judgment is

Affirmed.